Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JIANGSU SITOUGUAI INDUSTRY CO., LTD. a Chinese Corporation, and CHANGZHOU HAIGE MICROFIBER TEXTILE CO., LTD., a Chinese Corporation,<br><br>  Defendants. | Civil Action No. **'22CV590  LL   JLB**<br><br>**MONSTER ENERGY COMPANY'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Plaintiff Monster Energy Company hereby provides its Notice of Party with Financial Interest pursuant to Local Civil Rule 40.2 and Fed. R. Civ. P. Rule 7.1.

Monster Beverage Corporation is the parent company of Monster Energy Company. The Coca-Cola Company is a shareholder owning approximately 16.7% of common stock in Monster Beverage Corporation.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 27, 2022    By: */s/ Matthew S. Bellinger*
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Matthew S. Bellinger
    Jacob R. Rosenbaum

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY