Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JIANGSU SITOUGUAI INDUSTRY CO., LTD. a Chinese Corporation, and CHANGZHOU HAIGE MICROFIBER TEXTILE CO., LTD. a Chinese Corporation,<br><br>Defendants. | Civil Action No. 3:22-CV-00590-LL-JLB<br><br>Hon. Linda Lopez<br><br>**APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

1   Pursuant to Civil Rule 4.1, Plaintiff Monster Energy Company ("Monster") hereby requests an extension of time to serve the Summons and Complaint on Defendants Jiangsu Sitouguai Industry Co., Ltd. and Changzhou Haige Microfiber Textile Co., Ltd. (collectively, "Defendants").

Monster filed its Complaint on April 27, 2022. Dkt. 1. The deadline to serve the Complaint under Fed. R. Civ. P. 4(m) and Local Civil Rule 4.1 is July 26, 2022. Both Defendants reside in the People's Republic of China. Because the People's Republic of China is a member of the Hague Convention, Monster has commenced the process of service through the Ministry of Justice of China in accordance with the Hague Convention.

On May 12 and 17, 2022, Monster submitted the Complaint and Summons through the online system for service through the Hague Convention run by the Ministry of Justice of China (http://www.ilcc.online) requesting service on Defendants Jiangsu Sitouguai Industry Co., Ltd and Changzhou Haige Microfiber Textile Co., Ltd., respectively. Declaration of Jacob Rosenbaum ¶ 4. As of today's date, the Civil and Commercial Judicial Assistance System for the Ministry of Justice in China shows that the submitted papers are currently with the Supreme People's Court for further processing. *Id.* ¶ 5, Ex. 1. Monster has been informed by its counsel in China that currently the process for service through the Hague Convention in China typically takes at least 6 months from the date of submission for service to be complete. *Id.* ¶ 7.

Based on the foregoing, good cause exists to extend the time to complete service of the Complaint and Summons. Monster respectfully requests an extension of the deadline to serve the Summons and Complaint on Defendants until January 26, 2023, to allow time for it to complete service in accordance with the Hague Convention.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 26, 2022    By: */s/ Jacob R. Rosenbaum*
　　　　　　　　　　　　　　　Steven J. Nataupsky
　　　　　　　　　　　　　　　Lynda J. Zadra-Symes
　　　　　　　　　　　　　　　Matthew S. Bellinger
　　　　　　　　　　　　　　　Jacob R. Rosenbaum

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

56027622