Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (CA SBN 222228)
matt.bellinger@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JIANGSU SITOUGUAI INDUSTRY CO., LTD. a Chinese Corporation, and CHANGZHOU HAIGE MICROFIBER TEXTILE CO., LTD. a Chinese Corporation,<br><br>　　　　　Defendants. | Civil Action No. 3:22-CV-00590-LL-JLB<br><br>Hon. Linda Lopez<br><br>**DECLARATION OF JACOB R. ROSENBAUM IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT** |

I, Jacob R. Rosenbaum, hereby declare as follows:

1.      I am an associate at the law firm of Knobbe, Martens, Olson & Bear, LLP and am licensed to practice law in the State of California.  I am a member of the bar of this Court and am counsel for Plaintiff Monster Energy Company ("Monster").  I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2.      I submit this declaration in support of Monster's Application for Extension of Time to Serve Summons and Complaint.

3.      Monster filed its Complaint in this case on April 27, 2022.

4.      On May 12, and 17, 2022, Monster submitted the Complaint and Summons through the online system for service through the Hague Convention run by the Ministry of Justice of China (http://www.ilcc.online) requesting service on Defendants Jiangsu Sitouguai Industry Co., Ltd and Changzhou Haige Microfiber Textile Co., Ltd., respectively.

5.      As of today's date, the Civil and Commercial Judicial Assistance System for the Ministry of Justice in China shows that the formal papers are currently with the Supreme People's Court for further processing.

6.      A      true      and      correct      website      printout      of http://www.ilcc.online/index/Index/index   showing   the   status   of   Monster's submission, taken by me on July 26, 2022, is attached hereto as **Exhibit 1.**

7.      Monster's counsel in China has informed me that currently the process for service through the Ministry of Justice in China typically takes six months from the date of submission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2022, in Irvine, California.

/s/ *Jacob R. Rosenbaum*
Jacob R. Rosenbaum

56027687