# EXHIBIT A

**Civil and Commercial Judicial Assistance System**  Requests for Judicial Assistance    Help    About Us (/index/About/index)

Please Select  ▾    Please Select  ▾

**CN202205170001**   Transferred to the Supreme People's Court for further processing

Country: United States of America
Identity of Requesting Party: Matthew S. Bellinger
Name of Recipient: Changzhou Haige Microfiber Textile Co., Ltd.

Legal Basis for the Request: Hague Service Convention
Cause of Action: Intellectual property and competition dispute
Submission Time: 2022-05-17 06:33:33

**CN202205120001**   Transferred to the Supreme People's Court for further processing

Country: United States of America
Identity of Requesting Party: Matthew S. Bellinger
Name of Recipient: Jiangsu Sitouguai Industrial Co., Ltd.

Legal Basis for the Request: Hague Service Convention
Cause of Action: Intellectual property and competition dispute
Submission Time: 2022-05-12 05:00:18

go to page:    / 1