UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JIANGSU SITOUGUAI INDUSTRY CO., LTD., and CHANGZHOU HAIGE MICROFIBER TEXTILE CO., LTD.,<br><br>Defendants. | Case No.: 22cv590-LL-JLB<br><br>**ORDER GRANTING APPLICATION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT**<br><br>[ECF No. 5] |

    This matter is before the Court on Plaintiff Monster Energy Company's request for extension to serve the summons and complaint on foreign Defendants Jiangsu Sitouguai Industry Co., Ltd. and Changzhou Haige Microfiber Textile Co., Ltd., that reside in the People's Republic of China ("China").[1] ECF No. 5. Plaintiff submits that it has commenced service of process upon defendants, on the 12th and 17th of May 2022, through the Ministry

---

[1] Future motions for ex parte relief must strictly comply with the requirement set forth in Civil Local Rule 83.3 (g) and section 5 of the undersigned's Civil Chambers Rules.

1

of Justice of China in accordance with the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters ("Hague Service Convention"), *opened for signature* Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163, and that its request for service is currently pending with the Supreme People's Court. *Id.* at 1. Plaintiff avers that it has been informed that service in China pursuant to the Hague Service Convention typically takes at least six months from the date of submission, and requests an extension until January 26, 2023 to serve the summons and complaint on both defendants. *Id.* at 2.

For good cause shown, the Court **GRANTS** Plaintiff's Application for Extension of Time to Serve Summons and Complaint. ECF No. 5. Plaintiff shall serve defendants with the summons and complaint in this case no later than **January 26, 2023**.

**IT IS SO ORDERED.**

Dated:  August 1, 2022

_____
Honorable Linda Lopez
United States District Judge