UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE JILL L. BURKHARDT TO MAGISTRATE JUDGE DAVID D. LESHNER** | **TRANSFER ORDER** |

**IT IS HEREBY ORDERED** that the following cases are transferred from the calendar of the Honorable Jill L. Burkhardt to the calendar of the Honorable David D. Leshner for all further proceedings. All **settlement conference dates** set before Judge Burkhardt, if any, shall be transferred to the calendar of Judge Leshner. All other dates and deadlines, if any, **remain unchanged**.

1. 22-cv-00465-GPC-JLB, *Greennet IOT, LLC v. Check-It Solutions, Inc.*
2. 21-cv-02119-AJB-JLB, *Snyder v. Sprouts Farmers Market, Store #202, et al.*
3. 21-cv-01707-L-JLB, *Kalter v. Keyfactor, Inc., et al.*
4. 21-cv-00231-JO-JLB, *Dos Amigos, Inc. v. Embotelladora Aga del Pacifico, S.A. de C.V.*
5. 22-cv-00403-RBM-JLB, *Schweinsburg v. General Mills, Inc., et al.*

6. 22-cv-00028-RBM-JLB, *Solar Integrated Roofing Corp. v. Ballew, et al.*
7. 22-cv-00264-MMA-JLB, *Walker v. Stryker Corporation, et al.*
8. 21-cv-00174-JO-JLB, *Finegold v. State Farm General Insurance Company, et al.*
9. 21-cv-02086-JO-JLB, *Tuck v. Graves, et al.*
10. 22-cv-00590-LL-JLB, *Monster Energy Company v. Jiangsu Sitouguai Industry Co., Ltd., et al.*
11.a. 21-cv-01793-GPC-JLB, *B.F.B., Inc. v. SF 2402, LLC, et al.*
11.b. 21-cv-00906-GPC-JLB, *SF 2402 LLC v. B.F.B., Inc., et al.*
12. 21-cv-01675-JAH-JLB, *Kakowski v. Allison, et al.*
13. 22-cv-00550-LL-JLB, *Muro v. Gipson, et al.*

Dated: August 22, 2022

Hon. Jill L. Burkhardt
United States Magistrate Judge