UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| MONSTER ENERGY COMPANY, a Delaware Corporation, | Case No.: 22-cv-590-LL-DDL |
|---|---|
| Plaintiff, | **ORDER GRANTING IN PART JOINT MOTION TO MODIFY SCHEDULING ORDER;** |
| v. | |
| JIANGSU SITOUGUAI INDUSTRY CO., LTD., a Chinese Corporation, and CHANGZHOU HAIGE MICROFIBER TEXTILE CO., LTD., a Chinese Corporation, | **and** |
| | **AMENDED SCHEDULING ORDER** |
| Defendants. | |

Before the Court is the parties' Joint Motion to Modify the Scheduling Order. Dkt. No. 24. Good cause appearing, the Joint Motion is **GRANTED IN PART**. The Court further **ORDERS** that the pretrial schedule is amended as follows:

| Event | Date or Deadline |
|---|---|
| Complete Fact Depositions | October 23, 2023 |
| Exchange Expert Disclosures and Reports | November 20, 2023 |
| Exchange Rebuttal Expert Disclosures and Reports | December 18, 2023 |

| Event | Date or Deadline |
|---|---|
| Complete Expert Discovery | January 15, 2024 |
| Mandatory Settlement Conference | November 6, 2023 9:00 a.m. |
| File Dispositive Motions (including *Daubert* motions) | February 16, 2024 |
| Exchange Pretrial Disclosures under Fed. R. Civ. P. 26(a)(3) | May 30, 2024 |
| Conference of Counsel (CivLR 16.1(f)(4)) | June 6, 2024 |
| Plaintiff's counsel to provide draft Pretrial Order to defense counsel | June 13, 2024 |
| Lodge Pretrial Order | June 20, 2024 |
| Final Pretrial Conference before the Honorable Linda Lopez | June 27, 2024 10:00 a.m. |

No further written discovery may be propounded by any party without leave of Court. All parties must read and comply with the undersigned's Mandatory Settlement Conference Procedures, which are available on the Court's website. Except as explicitly modified herein, all dates, deadlines and mandatory instructions set forth in the Court's March 6, 2023 Scheduling Order [Dkt. No. 15], including the consequences for failure to comply with the Court's deadlines, remain in effect. The foregoing schedule will not be modified absent a showing of good cause.

**IT IS SO ORDERED.**

Dated: August 25, 2023

Hon. David D. Leshner
United States Magistrate Judge